UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JASON WEST,<br><br>    Petitioner,<br><br>  v.<br><br>E. VALENZUELA,<br><br>    Respondent. | No. CV 13-02773-VBF (AGR)<br><br>JUDGMENT |

Final judgment is hereby entered in favor of respondent and against petitioner.

DATED: August 5, 2013

_____
VALERIE BAKER FAIRBANK
United States District Judge